IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMIAH M. WOLFE,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | 8:24CV311<br><br>**MEMORANDUM AND ORDER** |

On September 24, 2024, the Court ordered Petitioner to submit the $5.00 fee to the Clerk's Office or submit a request to proceed in forma pauperis ("IFP") by October 24, 2024 (the "Order"). Filing No. 3. Petitioner was notified that a failure to take either action would result in dismissal of this matter without further notice. *Id.* To date, Petitioner has not paid the filing fee, moved to proceed IFP, asked for an extension of time in which to do so, or otherwise responded to the Order, and the time to do so has passed.

IT IS THEREFORE ORDERED that:

This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 3rd day of December, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court